**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| ALFRED CABALLERO, | ) | NO. CV 09-558-JFW(E) |
| Plaintiff, | ) | |
| v. | ) | ORDER ADOPTING FINDINGS, |
| GONZALEZ, MORALES, | ) | CONCLUSIONS AND RECOMMENDATIONS |
| Defendants. | ) | OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. section 636, the Court has reviewed the Second Amended Complaint, all of the records herein and the attached Report and Recommendation of United States Magistrate Judge. The Court approves and adopts the Magistrate Judge's Report and Recommendation.

IT IS ORDERED that: (1) the Report and Recommendation of the Magistrate Judge is approved and adopted; and (2) Judgment shall be entered dismissing the action without prejudice.

///

///

```
1        IT IS FURTHER ORDERED that the Clerk serve forthwith a copy of
2   this Order and the Judgment of this date on the Plaintiff.
3
4        DATED: November 17, 2009.
5
6
7                                   _____
                                          JOHN F. WALTER
8                                    UNITED STATES DISTRICT JUDGE
```