1
2
3
4
5
6
7
8                    **UNITED STATES DISTRICT COURT**
9                    **CENTRAL DISTRICT OF CALIFORNIA**
10

11  ALFRED CABALLERO,              )  NO. CV 09-558-JFW(E)
                                   )
12           Plaintiff,            )
                                   )
13      v.                         )  JUDGMENT
                                   )
14  GONZALEZ, MORALES,             )
                                   )
15           Defendants.           )
    _____)
16
17
18      IT IS ADJUDGED that the action is dismissed without prejudice.
19
20           DATED: November 17, 2009.
21
22
23                      _____/s/ John F. Walter_____
                                 JOHN F. WALTER
24                          UNITED STATES DISTRICT JUDGE
25
26
27
28